

U.S. Department of Justice

Tax Division

*Please reply to: Appellate Section*
P.O. Box 502
Washington, D.C. 20044

Facsimile No. (202) 514-8456
Telephone No.(202) 514-3361

SPJones
5-25210
CMN 2024100495

January 14, 2025

Christopher G. Conway, Clerk
United States Court of Appeals
 for the Seventh Circuit
*Filed and served by CM/ECF*

      Re:   *Bachner v. Commissioner*
             (7th Cir. – No. 24-1420)

Dear Mr. Conway:

     We write to alert the Court to what we believe to be a clerical error in its January 7, 2025 published opinion affirming the Tax Court's decision in the above-entitled case. Page 6 of the opinion thrice refers to a notice of deficiency as a "notice of determination." As discussed below, "notice of deficiency" and "notice of determination" are terms of art signifying different administrative notices issued by the IRS under the Internal Revenue Code. We therefore respectfully request that the Court correct this apparent error.

     As the Court recounted, the IRS issued taxpayer Edward F. Bachner, IV, a notice of deficiency asserting civil-fraud penalties. Slip op. at 2. A "notice of deficiency" informs a taxpayer of the IRS's conclusion that he owes additional tax and penalties. It allows the taxpayer to contest that conclusion in Tax Court. I.R.C. §§ 6211–6214; Treas. Reg. § 301.6212-1; *see* Slip op. at 5–7. A "notice of determination" informs a taxpayer of the IRS's conclusion regarding a lien filing or a proposed levy after an administrative collection-due-process hearing. The taxpayer may also challenge that "determination" in the Tax Court. I.R.C. §§ 6320, 6330; Treas. Reg. § 301.6330-1, Q&A-E8; *see Our Country Home Enterprises, Inc. v. Commissioner*, 855 F.3d 773, 777–80 (7th Cir. 2017) (distinguishing between deficiency proceedings and collection-due-process proceedings). Thus, notices of deficiency and notices of determination signify separate administrative actions and separate proceedings for judicial review of those actions.

While elsewhere correctly referring to the notice issued to Edward as a notice of deficiency, the opinion on page 6 describes the notice as a "notice of determination" on three occasions. Slip op. at 6 ("[S]o his notice of determination identified no tax deficiency.") ("The IRS assesses and collects a tax deficiency by issuing a notice of determination, see I.R.C. §§ 6212–13, so by issuing a notice of determination …."). To avoid any future confusion that might be occasioned by this precedential opinion, we respectfully request that the Court amend those statements to refer to a "notice of deficiency."

        Sincerely,

        s/ *Samuel P. Jones*
        SAMUEL P. JONES
        Attorney for the Commissioner