# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 15, 2025

**Before**

MICHAEL Y. SCUDDER, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

No. 24-1420

| | |
|---|---|
| EDWARD FRANCIS BACHNER, IV and REBECCA GAY BACHNER, | Appeal from the United States Tax Court. |
| *Petitioners-Appellants*, | No. 23219-15 |
| *v.* | Richard T. Morrison, *Judge*. |
| COMMISSIONER OF INTERNAL REVENUE, | |
| *Respondent-Appellee*. | |

**O R D E R**

On January 14, 2025, the Commissioner filed a notice asking this court to correct a clerical error on Page 6 of the opinion that was issued on January 7, 2025.

IT IS ORDERED that this request is GRANTED and this court's opinion dated January 7, 2025, is amended in a separately filed opinion released today.